PS 8
(Rev. 12/04)

**SEALED**

**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF NEBRASKA**

U.S.A. vs. Rodney Randolph Docket No. 8:19CR00237

Petition for Action on Conditions of Pretrial Release

COMES NOW Megan N. Davis, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Rodney Randolph, who was placed under pretrial release supervision by the Honorable Michael D. Nelson sitting in the Court at Omaha, on July 26, 2019, under the following conditions:

(n) Not possess or use a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.

(o) Submit to any method of testing at his/her own expense as required by the officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and may include urine testing, the wearing of a sweat patch, blood tests, and/or a remote alcohol testing system. Defendant must not obstruct or attempt to obstruct or tamper in any fashion with the efficiency and accuracy of any substance testing equipment, nor submit samples of body fluids which are not his/her own, nor otherwise adulterate any samples submitted for testing. All collections of fluids for testing must be at the defendant's expense, payable at the time of collection.

Respectfully presenting petition for action of Court and for cause as follows:

On November 29, 2019, Mr. Randolph submitted a urine sample that tested positive for amphetamine.

On December 31, 2019, Mr. Randolph failed to provide a urine sample for drug testing as directed.

On January 2, 2020, Mr. Randolph admitted to using methamphetamine around Thanksgiving and reported that he continued to struggle with his sobriety over the holidays. He stated he last used methamphetamine on January 1, 2020.

On January 13, 2020, Mr. Randolph stated he was unsure that the drug test he had today would come back negative, further stating that he had "some issues" since we last spoke.

PRAYING THAT THE COURT WILL ORDER A SEALED WARRANT BE ISSUED FOR THE DEFENDANT'S ARREST REQUIRING HIM TO APPEAR AND ANSWER TO THESE ALLEGATIONS.

ORDER OF COURT

Considered and ordered on January 13, 2020, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 13, 2020

_____
U.S. Probation and Pretrial Services Officer

Reviewed and Approved by:

_____
Kit Lemon, Chief
U.S. Probation and Pretrial Services Officer