**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:19CR237** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **RODNEY RANDOLPH,** | ) | **ORDER** |
| **NICOLE PETERSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the court on the defendant, Rodney Randolph's unopposed Motion to Continue Trial [47]. Counsel needs additional time to finish researching matters and reviewing with the client. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [47] is granted, as follows:

1. The jury trial, **for both defendants**, now set for January 27, 2020, is continued to **April 20, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 20, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: January 15, 2020.**

                              **BY THE COURT:**


                              **s/ Michael D. Nelson**
                              **United States Magistrate Judge**