

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | January 28, 2020 |
| <u>United States v. Rodney Randolph</u>; 8:19CR237 | |

| To | From |
|---|---|
| Clerk, U.S. District Court<br>District Of Nebraska | Kimberly C. Bunjer<br>AUSA |

Be advised that the above named Defendant is now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Petition for Action on Conditions of Pretrial Release (Filing No. 45)

☐ Unseal the Magistrate Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain

**Restricted**

☐ Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain

**Restricted**