IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RODNEY RANDOLPH,<br><br>　　　　　Defendant. | 8:19CR237<br><br>MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

1. The defendant is presently incarcerated in the Hall County Jail, Grand Island, Nebraska, in the custody of the Warden of said facility.

2. It is necessary that the said defendant be before the Honorable Susan M. Bazis for a hearing beginning on or after February 7, 2020, at 1:30 p.m.

WHEREFORE, the petitioner prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of the Hall County Jail and the United States Marshals Service for the appearance of said defendant as requested above and for such other proceedings as the Court may direct.

　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA,
　　　　　　　　　　　　　　　　　Plaintiff

　　　　　　　　　　　　　　　　　JOSEPH P. KELLY
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　s/Kimberly C. Bunjer
　　　　　　　　　　　　　By:　　KIMBERLY C. BUNJER #20962
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　1620 Dodge Street, Suite 1400
　　　　　　　　　　　　　　　　　Omaha, Nebraska 68102
　　　　　　　　　　　　　　　　　(402) 661-3700

CERTIFICATE OF SERVICE

      I hereby certify that on February 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

                                                        s/Kimberly C. Bunjer
                                                      KIMBERLY C. BUNJER
                                                      Assistant United States Attorney