# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:19CR0237 |
| Plaintiff, | ) | |
| | ) | **MOTION TO RESTRICT** |
| v. | ) | |
| RODNEY RANDOLPH, | ) | |
| Defendant. | ) | |

The Defendant intends to file a *"Restricted Motion to Reconsider Detention"* which contains personal information about him and is protected from public viewing in accordance with the law.

WHEREFORE, the Defendant requests the Court grant an order allowing him to file the above-referenced document restricted pursuant to the E-Government Act.

DATED this 24th day of February, 2020.

                                                              RODNEY RANDOLPH, Defendant,

                              By:    s/ Julie B. Hansen
                                    **JULIE B. HANSEN**
                                    **Assistant Federal Public Defender**
                                    222 South 15th Street, Suite 300N
                                    Omaha, NE 68102
                                    (402) 221-7896
                                    Fax: (402) 221-7884
                                    e-mail: julie_b_hansen@fd.org